# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT, EASTERN DIVISION, AT: MONTGOMERY, ALABAMA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
    Plainttiff

V;

DIST. COURT NO. 3:07cv698-MEF

MR. TOM YOUNG, CIRCUIT JUDGE
ALEXANDER CITY COURTHOUSE
ALEXANDER CITY, AL  35010
    Defendant

## COMPLAINT AGAINST THE ABOVE DEFENDANT FOR CONSTITUTION RIGHT VIOLATIONS

COMES NOW, GENE COGGINS, THE ABOVE PLAINTIFF WITH THIS COMPLAINT AGAINST THE ABOVE DEFENDANT FOR DENYING MY GUARANTEED CONSTITUTION RIGHTS AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES.  THESE GUARANTEED RIGHTS ARE ESTABLISHED LAWS , DOMINATING BY THE CONSTITUTION , WITH PRESTIGE OVER ALL OTHER LAWS, AND NON - DEBATABLE.  THEREFORE THE PLAINTIFF ELECTS TO USE THE **APPENDIX SYSTEM,** AS SO GIVEN IN FEDERAL RULE 34,(a) & ®), APP. p. 30..  THE PLAINTIFF DOES NOT DESIRE ORAL ARGUMENT ON THE FOLLOWING GROUNDS;

01.

1. ALL ISSUES INVOLVED IN THIS CASE, ARE ESTABLISHED LAWS GUARANTEED UNDER THE DUE PROCESS OF THE UNITED STATES CONSTITUTION,

2. I HAVE A MEDICAL PROBLEM THAT REQUIRES FOR ME TO TAKE FROM ONE TO FOUR BLOOD PRESSURE PILLS A DAY.

**CAUSE OF ACTION:**

DENIED MY GUARANTEED CONSTITUTIONAL RIGHTS;

A. BROUGHT INTO COURT WITH AN ILLEGAL COMPLAINT AN INDICATED IN CASE CV:05 - 077, COPY ENCLOSED.

B. THE DEPARTMENT OF REVENUE, INTRODUCED THIS CASE AS COGGINS, AS THE PLAINTIFFS AND THEM, AS THE DEFENDANTS.

C. MY ATTORNEY MR. RON SPARKS APPEALED THIS CASE TO THE CIRCUIT COURT IN CHAMBERS COUNTY AND THE APPEAL WAS DENIED, AS SHOWN IN THE LETTER OF DISMISSAL..

D. MOTION FOR DISMISSAL WAS DENIED, AS WELL AS DEMAND FOR JURY TRIAL.

E. ON PAGE NO. 2, & 3, OF ORDER FILED NOVEMBER 27, 2006, REMOVED **LIENS** FROM EVERY PROBATE OFFICE THAT I HAD PROPERTY **LIENS** FILED IN..

F. THIS DENIED ME MY GUARANTEED DUE PROCESS OF LAW AS SET OUT IN THE CONSTITUTION OF THE UNITED STATES. THE GUARANTEED RIGHT TO BE HEARD IN ANY COURT BY A JURY OF

MY PIERS AS FOUND IN s/s. 34 - 3 - 19 , THIS CONCEPT OF "THE DUE PROCESS OF LAW", IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION. U.S. v: Smith D.C. Iowa, 249 F. Supp. 515,516...THAT ANY PERSON MAY MANAGE HIS OWN CASE, **IN ANY COURT,** IN THE UNITED STATES OF AMERICA.. **A STATE CANNOT EXCLUDE ANY PERSON FROM THE PRACTICE OF LAW, OR FROM ANY OTHER OCCUPATION IN** A MANNER OR FOR ANY REASONS THAT CONTRAVENE THE DUE PROCESS PROTECTION CLAUSE OF THE 14th AMENDMENT OF THE UNITED STATES CONSTITUTION.. 535, U. S. AT; 238, 239, 77, S. CT. AT: 756.. THE RIGHT TO BE HEARD, TO REVIEW THE ANSWER FROM THE OTHER PARTY, WITH BOTH PARTIES AWARE OF THE MATTER PENDING BEFORE THEM, AND TO ASSERT BEFORE THE APPROPRIATE DECISION MAKING BODY.. Trinity Episcopal Corp. V: Romney, D. C. N. Y. 387 F. Supp.10444, 1084..

G.    THE PRINCIPAL AUTHORITY AS A REASONABLE PRUDENT MAN, USING DILIGENCE AND DISCRETION PRINCIPALS, USUALLY INCLUDES WHATEVER IS NECESSARY IN CARRYING OUT AND PROTECTING THE DUE PROCESS OF LAW, AS FOUND IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION, AGAIN IN THE 14th AMENDMENT,  WHICH PREVENTS A STATE FROM STATE ACTIONS, WHERE THE PERSON IS   **GUARANTEED A FAIR PROCEDURES INSTINCTIVELY,** UNDER SAFEGUARD FOR THE PROTECTION OF INDIVIDUAL GUARANTEED RIGHTS **AS ESTABLISHED IN OUR SYSTEM OF JURISPRUDENCE,** FOR THE ENFORCEMENT AND PROTECTION OF ALL PRIVATE RIGHTS..

THE 7TH. AMENDMENT OF THE UNITED STATES CONSTITUTION, REQUIRES A TRIAL BY AN IMPARTIAL JURY. ON EITHER **CIVIL OR CRIMINAL,** ON ANY OR ALL ISSUES BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS, WITH NO RESTRAINTS, OR ILLEGAL COST ADDED ON, BEFORE A COURT THAT HAS PROPER JURISDICTION. Fed. R. Civil P. 38(a), 59 48 Crim. P. 23, 33, U. S. C. A. s/s 3161, Baker V: Wingo, 407, U.S. 514, 92, S, Bryant V: State Md. App. 572, 244, Ci. 2182, 33, L.E. D A. 2d, 446, 448, 6th AMENDMENT OF THE UNITED STATES CONSTITUTION..

I.   THE FEDERAL ACT OF 1074, SET OUT AND ESTABLISHED TIME LIMITS ON ALL EVENTS CARRIED OUT IN THE JURIDICAL SYSTEM, AS SO PLACED ON THE SHORT TERM CALENDER, SO AS TO ASSURE A SPEEDY TRIAL, A SPEEDY TRIAL IS NOT CONFINED TO MERELY AN IMPAIRMENT, BUT INCLUDES ANY THREAT TO WHAT HAS BEEN TERMED AS ACCUSED'S SIGNIFICANT STAKES, PSYCHOLOGICAL, PHYSICAL, FINANCIAL, IN THE COURSE OF A PROCEEDING, WHICH MAY ULTIMATELY DEPRIVE HIM OF PROPERTY, LIFE, LIBERTY, OR PRESUIT OF HAPPINESS. U. S. Dryer C. S. N. J. 533, F. 2d, 112, 115..

THE COMPLAINT AS PRESENTED BY THE PLAINTIFF, THAT HAS DENIED HIS GUARANTEED DUE PROCESS OF LAW AS FOUND IN THE CONSTITUTION OF THE UNITED STATES, HAS SHOWN SUFFICIENT EVIDENCE TO ESTABLISH THAT THERE IS PROBABLE CAUSE TO BELIEVE, THAT THE ABOVE DEFENDANT HAS COMMITTED A CRIME, IN NOT ABIDING BY THE OATH OF OFFICE,, TO UPHOLD ALL THE LAWS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, AND OF PERJURY.                         04.

THE OATH OF OFFICE BINDS THAT PARTY, WHEN THEY ASSUME OR CHARGED FOR THAT OFFICE, HEREBY DECLARING THAT THEY WILL **FAITHFULLY AND TRUTHFULLY,** DISCHARGE THE OATH OF THAT OFFICE AND UP-HOLD ALL THE LAWS EQUALLY, AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA AND STATUTES THAT MAY APPLY TO THAT PARTICULAR CASE. Art. VI, U.S. CONSTITUTION.. THIS ATTESTATION OR PROMISE IS MADE UNDER A IMMEDIATE SENSE OF RESPONSIBILITY TO **GOD. WHERE ONE WILLFULLY ASSERTING UNTRUE STATEMENTS ARE PUNISHABLE FOR PERJURY AND ARE ALSO GUILTY OF A FELONY, BY BREAKING THIS OATH OF OFFICE..** ART. II Sec. I U. S. Const. Vaughn V: State **146, Tex**. Cr. R. 585, 177, S. W. 2d, 59, 60..

**SUMMONS MAY BE HANDLED AS :**

1. THE EXHIBITION OR DELIVERY OF A SUMMONS AND COMPLAINT, WILL BE DELIVERED IN PERSON BY AN AUTHORIZED PERSON;

    NAME_____DATE_____

2. BY PLACING IN THE UNITED STATES MAIL, POSTAGE PREPAID, WITH RECEIPT BY CERTIFIED MAIL SENT BACK TO CLERK OF COURT, AND SENT TO THE LAST KNOWN ADDRESS.

3. OR TO BE PUBLISHED IN THE LOCAL NEWS PAPER,

    NAME OF PAPER_____DATE_____

    THE DEFENDANT MUST TAKE ACTION WITHIN TIME SPECIFIED OR DEFAULT AND DEFAULT JUDGMENT WILL BE FILED AGAINST YOU FOR ALL OF

THE RELIEF REQUESTED IN THE COMPLAINT. Fed. R. Civil P. 4, 5, Fed. R. Crim. P. 4, 49, Chemical Specialties Sales Corp. Industrial Div. V: Basic Inc. D. C. Conn. 296, F. Supp. 1106, 1107, Fed. R. Civil P. 4(e), All must comply to the Fair Labor Standards Act...

**JURISDICTION:**

THIS FREEDOM OF SELECTING PROPER COURTS AND JUDGES, IS A PART OF NATURAL LIBERTIES, SWORN TO OF EXCESS, WHICH INVADES EQUAL RIGHTS TO OTHERS, THEY ARE RESTRAINTS PLACED UPON THE GOVERNMENT. Sowers V: Ohio Civil Rights Commission, 20 Ohio Misc. 115, 252, N. E. 2d, 463, 476..WHERE THERE IS A GUARANTEED CONSTITUTION RIGHT OR QUESTION INVOLVED IN A CASE, THIS AUTOMATIC BECOMES AN ISSUE THAT MUST BE SETTLED IN FEDERAL COURT. THE 11th AMENDMENT OF THE UNITED STATES CONSTITUTION PREVAILS OVER ANY OTHER ESTABLISHED LAWS THAT MAY OFFER IMMUNITY FROM PROSECUTION, WHERE ANY CITIZEN CAN SUE OR BE SUED, IF THEY ARE RESIDENTS IN THE SAME STATE, THEREFORE ANY JUDGE OR ANY OTHER PUBLIC OFFICIAL CAN BE SUED. WHERE PROPER JURISDICTIONS ARE MET.. THE LEGAL RIGHT EXIST WHEN THE COURT HAS COGNIZANCE OF CLASS OF CASES, INVOLVING PROPER PARTIES AND POINTS TO BE DECIDED IS WITHIN THE POWER OF THE COURT. United Cemeteries Co. V: Strother, 342 Mo. 1155, 119, S. W. 2d, 762, 765. THE DISPENSING OF FAIR JUSTICE TO ALL CITIZENS JURISDICTION IS NOT LIMITED TO SUBJECT MATTER, OR AMOUNT SOUGHT IN THE LITIGATION, BUT FACTS MUST EXIST FOR THE FEDERAL COURT TO HAVE PROPER JURISDICTION ON ANY PARTICULAR CASE, INCLUDES THESE FACTS.:

1. THE DEFENDANT HAS BEEN SERVED WITH THIS ON GOING PROCESS,

2. THAT THE CONTROVERSY EXCEEDS A CERTAIN SUM,

3. THAT THE PARTIES ARE CITIZENS OF THE UNITED STATES.

AND RESIDENTS OF THE STATE OF ALABAMA, ALL OF THE ABOVE REQUIRED QUALIFICATIONS FOR PROPER JURISDICTION ARE MET. AND THEREFORE THIS UNITED STATES DISTRICT COURT AS GIVEN AT THE BEGINNING OF THIS COMPLAINT IS THE PROPER JURISDICTION FOR THIS COMPLAINT.. ANY PART OF RULE 28 OF THE FEDERAL RULE OF CIVIL P. IS TO BE CONSIDERED AN ILLEGAL EXCUSE TO DENY ME OF MY RIGHT TO BE HEARD OR HAVE MY DAY IN COURT, AS GIVEN ABOVE, DENYS MY GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES.

**JUDGMENT:**

1. A JUDGMENT OF **TEN MILLION DOLLARS..**

2. IF ANY ADDITIONAL APPEALS OR INTENTIONAL DELAYS MADE THE TOTAL JUDGMENT MUST BE TRIPLED, FOR EVERY THIRTY DAYS FROM DATE COMPLAINT FILED, FOR EVERY INCIDENT,. ANY MOTION TO AVOID THE PLEA AS GIVEN IN THIS COMPLAINT OR FAILS TO STATE IN SHORT AND PLAIN TERMS IS USELESS AND INSUFFICIENT ANSWER.. Wright V: Miller Fed. R. Civ. P.& P,, s/s 1196

**CONCLUSION:**

THIS CASE MUST BE HEARD BY AN IMPARTIAL, TRUTHFULLY AND FAITHFULLY, DISTRICT FEDERAL JUDGE, THAT CAN DISCHARGE THE DUTIES OF

THIS OFFICE, ABIDE BY THE OATH OF OFFICE, WHEN SWORN IN, NOT ALLOWING OUTSIDE INFLUENCE ABOUT JUST DECISIONS, ABLE TO PLACE ALL OF THE GUARANTEED LAWS BY THE UNITED STATES CONSTITUTION, FEDERAL LAWS, AND STATUES THAT PROVIDE THIS DUE PROCESS OF LAW AND EQUAL PROTECTION TO ALL PEOPLE. THIS CASE REQUIRES A FEDERAL DISTRICT JUDGE ONLY, FOR THIS IS NOT CONSIDERED A MINOR OFFENSE. 9 Edmunds Cyclopedia of Federal Procedures, 3919.. PAGE NO. 06, UNDER JURISDICTION, FREEDOM TO SELECT. THIS CASE IS AGAINST THE LISTED DEFENDANT ONLY, AND NOT AGAINST ANY COURT OR JUDGE. UNDER ALL OF THE EVIDENCE PRESENTED THIS ORDER MUST BE DECLARED NULL AND VOID,. AND JUDGMENT ORDERED AS SO GIVEN.

_____
GENE COGGINS   Pro st

Cc:

MR. TOM YOUNG
CIRCUIT JUDGE
TALLAPOOSA COUNTY COURTHOUSE
ALEXANDER CITY, AL 35010

_____   DATE  8-1-07
NOTARY PUBLIC

My Commission Expires August 21, 2010.
_____
MY COMMISSION EXPIRES           08.

# CERTIFICATE OF SERVICE

1, __GENE COGGINS__ ,DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY, THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT AND SUMMONS IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO OFFICE OF THE CLERK, WITH PROPER POSTAGE, AND TO THE LAST KNOWN ADDRESS OF THE DEFENDANT.

_/s/ Gene Coggins_ _____ DATE __AUGUST 01, 2007__
GENE COGGINS Pro se

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

GENE COGGINS & ALLIVEE COGGINS, )
)
    Appellants/Plaintiffs, )
)
vs. ) Docket No.: CV-05-07
)
STATE OF ALABAMA DEPARTMENT )
OF REVENUE, )
)
    Appellee/Defendant. )

## ORDER TO SHOW CAUSE

This day came the State of Alabama through its Assistant Attorney General and filed herein its petition praying that the Appellant/Plaintiff, Gene Coggins be required to show cause why he should not be punished for a contempt, and now upon consideration of the same it is:

ORDERED, ADJUDGED AND DECREED by the Court:

1. That Gene Coggins shall appear before this Court at 9 a.m., on November 17, 2006, to show cause, if any there be, why he should not be punished for a contempt of Court for and on account of the matters and things set out in the petition of the State of Alabama.

2. The failure of Gene Coggins to appear at the hearing may result in the issuance of a writ of arrest pursuant to the Alabama Rules of Civil Procedure.

This the 27th day of October, 2006.

                                       CIRCUIT JUDGE

FILED IN C... THIS
OCT 31 2006
CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

REL-11-30-06

ORIGINAL

## IN THE CIRCUIT COURT FOR CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| GENE COGGINS & ALLIVEE COGGINS | § |
| Appellants/Plaintiffs, | § |
| vs. | §  Docket No.: CV-05-077 |
| STATE OF ALABAMA DEPARTMENT OF REVENUE, | § |
| Appellee/Defendant. | § |

### ORDER GRANTING INJUNCTIVE RELIEF

This matter came before this Court upon the petition of the State of Alabama Department of Revenue for among other things an injunction against Gene Coggins to prohibit and prevent him from submitting for filing any other documents or instruments in the Office of the Judge of Probate or in the official records in any county in the State of Alabama unless he first obtains written authority from this Court to do so on a document by document basis. Gene Coggins was present. The Court having considered the allegations and testimony in open Court is of the opinion that the Plaintiff is entitled to the relief by way of final injunction.

It is ORDERED, ADJUDGED AND DECREED, therefore, by this Court as follows:

1. Gene Coggins, his agents, nominees, alter egos or anyone else acting on or at his behalf is hereby enjoined and restrained from publishing or filing or causing to be published or filed any document or instrument such as a

- 2 -

common law lien or other such document designed to encumber the property of or cloud title to the property of any official of the State of Alabama or any agency or subdivision thereof as a means to harass, molest, interrupt, hinder or impede, or retaliate against, that person in the performance of this or her duties in the enforcement of the laws of the State of Alabama.

2. Gene Coggins, his agents, nominees, alter egos or anyone else acting on or at his behalf is hereby prohibited from recording any instrument or document in the property records or in any other similar type records of the Office of the Judge of Probate of any County in the State of Alabama unless Gene Coggins first obtain specific written authority to record such document from any Circuit Court Judge of the Circuit Court of Chambers County, Alabama.

3. No document purporting to be prepared by, for or at the direction or benefit of Gene Coggins, his agents, nominees, alter egos or anyone else action or or at this behalf shall be accepted for filing in the property records or other similar type records of any Office of the Judge of probate of any County in Alabama unless the document is accompanied by a certified copy of a judgment of the Circuit Court of Chambers County permitting the recording of such document or instrument.

4. That any clerk of any Office of Judge of Probate of any County of Alabama

- 3 -

may rely upon the effectiveness of this order to reject any document or instrument for recording if such individual determines that the recording of such would be an act prohibited under this order.

5. Any document or instrument recorded by any Office of Judge of Probate of any County of Alabama recorded after the issuance of this Order and in violation of this Order is hereby expunged, voided, vacated and removed of record and the clerk of the office of judge of Probate of any County is hereby authorized to release, void and cancel said document or instrument to effectuate the import of this order.

6. Gene Coggins shall within 14 days of the entry of this order disclose in writing to this court, with a copy to counsel to the State of Alabama the recording location including all names mentioned therein and the book and page number of each common-law lien or any other such document designed to encumber the property of or cloud title to the property of any other person that he has presented for recording or filing in or to any Office of Judge of Probate of any County in Alabama.

7. It is further ORDERED that this Court retains jurisdiction of this cause until further order.

8. A copy of this order shall be served upon the Offices of the Judge of Probate of Tallapoosa County, Chambers County, Montgomery County and Lee County, Alabama.

- 4 -

9. Copies of this Order may also be delivered to the Office of the Judge of Probate of any other County in Alabama, as the State of Alabama may deem necessary.

Done this the _17th_ day of November, 2006

FILED IN OFFICE THIS

NOV 27 2006

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

_____
Circuit Court Judge

CC: Gene Coggins
David Avery (AVE008)
Office of Judge of Probate, Montgomery County, Alabama
Office of Judge of Probate, Lee County, Alabama
Office of Judge of Probate, Tallapoosa County, Alabama
Office of Judge of Probate, Chambers County, Alabama