# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION, AT MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V:

                        DIST COURT NO CV 3:07 CV - 698

TOM YOUNG
    Defendant

## MOTION FOR DEFAULT AND DEFAULT JUDGMENT

      COMES NOW THE PLAINTIFF, GENE COGGINS, WITH THIS MOTION FOR DEFAULT AND DEFAULT JUDGMENT AGAINST THE ABOVE DEFENDANT, DONE AND ACCORDING TO FED. R. CIVIL P. 4. THIS SUMMONS WAS SENT BY CERTIFIED MAIL WITH RETURN RECEIPT TO THE CLERKS OFFICE ON JUNE 13, 2007, REQUIRED AN ANSWER TO BE FILED IN THE COURT AND A COPY TO BE SENT TO THE PLAINTIFF WITHIN 20 DAYS FROM SERVICE.. MORE THAN ENOUGH TIME HAS PASSED AND AS OF THIS DATE THIS HAS NOT BEEN DONE BY THE DEFENDANT. THE DISTRICT JUDGE MARK E. FULLER IS PLAYING THE ROLL OF JUDGE AND ATTORNEY FOR THE DEFENDANT, AS ANOTHER ETHIC VIOLATION ON HIS PART. THE LAW REQUIRES FOR A DEFAULT AND DEFAULT JUDGMENT TO BE FILED AGAINST YOU AND ALL THINGS REQUESTED IN THE COMPLAINT ARE TO BE GRANTED. THIS IS A REQUIRED ESTABLISHED LAW

THAT MUST BE CARRIED OUT BY THE CLERKS OFFICE, NO JUDGE HAS THE AUTHORITY TO CHANGE AN ESTABLISHED LAW , OR TO PLACE ANY RESTRICTIONS UPON THEM. IN A CIVIL ACTION OR SPECIAL PROCEEDINGS, THE CLERK OR SOME OTHER FORM OF SERVICE AS NAMED, IS REQUIRED TO NOTIFY THE DEFENDANT AS NAMES APPEAR ON THE COMPLAINT THAT AN ACTION HAS BEEN COMMENCED AGAINST HIM IN THIS COURT THAT HE IS REQUIRED TO APPEAR ON DAY NAMED, WITH A WRITTEN ANSWER, THAT MUST BE FILED WITH THE CLERK, AS REQUIRED BY THIS ACTION..  Dell 56 Misc. 2d, 1017, 290, N. Y. S. 2d 287, 289.. Fed R. Civil P. 4 (a)..

ACCORDING TO ESTABLISHED RULES REGULATING JUDICIAL PROCEEDINGS, THESE RULES **FORBIDS ANY FORM OF CONDEMNATION, WITHOUT A HEARING.**   Pettit V: Penn, La. App. 180, So. 2d, 66, 69.. AND THE CONCEPT OF "THE DUE PROCESS", AS FOUND IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION.  THEREFORE ACCORDING TO THIS CONCEPT, EVERY CASE THAT I HAVE PRESENTED IN THIS COURT HAS BEEN ILLEGAL HANDLED.   THIS MOTION FOR DEFAULT AND DEFAULT JUDGMENT MUST BE GRANTED AS REQUIRED.

_Gene Coggins_
GENE COGGINS

02.

# CERTIFICATE OF SERVICE

1, __GENE COGGINS__ ,DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY, THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT AND SUMMONS IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO OFFICE OF THE CLERK, WITH PROPER POSTAGE, AND TO THE LAST KNOWN ADDRESS OF THE DEFENDANT.

_/s/ Gene Coggins_____  DATE __AUGUST 21, 2007_____
GENE COGGINS Pro st