# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
# AT: ATLANTA, GA.

**GENE COGGINS   PRO st**
**1436 COUNTY ROAD #299**
**LANETT, AL 36861**
       **Plaintiff**

V;                                              CASE NO 3:07 -CV -698-MEF
                                                APPEAL NO. _____


TOM YOUNG
  **Defendant**

## MOTION TO APPEAL

   COMES NOW, THE PLAINTIFF, GENE COGGINS, IN THE ABOVE STYLED CASE WITH THIS MOTION TO APPEAL. THE RIGHT TO APPEAL IN 28 U. S. C. s/s 1291, WHEN ANY RULE OF LAW IS COVERED IN THE GUARANTEED DUE PROCESS AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, COVERING THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT, THIS CONCEPT OF "THE DUE PROCESS OF LAW", IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION. AND HAS PRESTIGE OVER OTHER RULES OR LAWS, THAT NO COURT OR JUDGE CAN CHANGE. U. S. V: Smith D.C. Iowa, 249 APP.. Supp. 515, 516.

01.

THE RIGHT TO BE HEARD, TO REVIEW THE ANSWER FROM THE OTHER PARTY, WITH BOTH PARTIES AWARE OF THE MATTER PENDING, AND TO ASSERT BEFORE THE APPROPRIATE DECISION MAKING BODY, THIS RIGHT HAS BEEN DESTROYED BY NOT ALLOWING OR REFUSING, THE COMPLAINT AND SUMMONS I HAD SERVED BY REGISTERED MAIL, CERTIFIED WITH RECEIPT RETURNED TO CLERK OFFICE, AS GIVEN IN FEDERAL RULE 3, 4, 5,    ILLEGAL USING. RULE 28 U. S. C.  s/s 1915 (e)(2) (B), TO DENY MY GUARANTEED CONSTITUTION RIGHT AND DUE PROCESS TO BE HEARD AND HAVE THEIR DAY IN COURT, TO BE HEARD BY THE OTHER SIDE, DON'T EXIST WITH JUDGE FULLER, FOR HE PLAYS THE ROLL OF DEFENDANTS LAWYER AND JUDGE,.WHEN I HAD THEM SERVED BY CERTIFIED, REGISTERED MAIL, AND NEVER RECEIVED ANY ANSWER, THIS COURT HAS RECEIVED MANY MOTIONS FOR DEFAULT AND DEFAULT JUDGMENT I HAVE FILED IN ALL CASES IN THIS COURT AND THE CLERK REFUSED TO HONOR THE REQUIRED DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANT. THIS PLACES ALL PARTIES GUILTY OF A FELONY, BY NOT ABIDING BY THEIR OATH OF OFFICE AND PERJURY. Trinity Episcopal Corp. V:  Romney  W. D. C. N. Y. 387 F. Supp. 10444, 1084..

UNDER THE DUE PROCESS OF LAW, THE ALLOWANCE OF AN APPEAL FROM ANY LOWER COURT IS A GUARANTEED CONSTITUTION RIGHT, THAT LEAVES NO COURT OR JUDGE ANY RIGHT TO INTERFERERS WITH OR DENY THIS PROCESS, WHEN A LOWER COURT FAILS TO, OR REFUSES TO DISSOLVE **ALL ISSUES INVOLVED,** IN DETERMINING THE RIGHTS AND LIABILITIES OF THE PARTIES

INVOLVED, IS, **IMMEDIATELY APPEALABLE,** WITH NO ILLEGAL COST OR RESTRICTIONS ADDED ON. AGAIN IN THIS CASE THE COURT HAS REFUSED TO SETTLE ANY ISSUES INVOLVED IN THIS CASE.. Budinich V: Becton Dickinson & Co. 486 U.S. 196, 201, 108, S. Ct. 1717, 1772, 100 L. E. D. 2d, 178, (1988), LaChance V: Duffy's Draft House, Inc. 146 F. 3d, 832,837, (11th Cir. 1980) FED. R. Civil P. 56.. THIS RIGHT TO BE HEARD IN ANY COURT BY A JURY OF HIS PIERS, IN THE UNITED STATES IS GUARANTEED CONSTITUTIONAL RIGHT, THAT CANNOT BE DETERMINED WHO HAS THAT RIGHT, IS NOT MADE BY ANY COURT OR JUDGE..

WHERE A LOWER COURT REFUSES TO DISSOLVE ALL ISSUES INVOLVED IN THIS CASE, LIKE THE FAILURE TO PROPERLY HANDLE THE DEFAULT AND DEFAULT JUDGMENT THAT WAS FILED, WILL NEVER DISOLVE ANY ISSUES BETWEEN THE PARTIES. THE PREVAILING LAWS THAT GOVERNS THE SUMMONS ARE FOUND IN FEDERAL RULE OF CIVIL PROCEDURES 3, 4, 5,

THE RIGHT FOR EVERY CITIZEN TO APPEAR IN FORMA PAUPER IS ANY COURT IN THE UNITED STATES IS A GUARANTEED CONSTITUTION RIGHT AS FOUND IN FED R. APP. P. 28 - 39, 48, 59, U.S.C., WITH NO FEES, COST, OR GIVING SECURITY IN ANY FORM, THEREFORE ADDED ON. May V: Williams 17 Al 23 (1849). THIS GUARANTEED CONSTITUTIONAL RIGHT REMOVES THIS DECISION FROM THE COURTS, JUDGES, AND CLERKS, FOR THIS GIVEN LAW IS A PART OF THE DUE PROCESS THAT GOVERNS THIS ACTION. Fed. R. Crim. P. 23 - 33. . THEREFORE, THIS CANNOT BE USED AS A MEANS TO DENY ME MY RIGHT TO APPEAL THIS CASE.

IN A PRIOR ORDER, "APPELLANT SOUGHT TO CHALLENGE A DECISION OF AN ALABAMA STATE COURT, "THE ROCKER - FELDMAN DOCTRINE, PROVIDES THAT FEDERAL COURTS, OTHER THAN THE UNITED STATES SUPREME COURT, HAS NO AUTHORITY TO REVIEW THE FINAL JUDGMENT OF STATE COURTS,." Siegel V: LePore 234 F. 3d, 1163, 1172, (11th Cir. 2000) (en banc)

IF YOU WILL TAKE A MOMENT TO READ THE COMPLAINT, YOU MIGHT HAVE NOTICED THAT THIS CASE HAS NEVER BEEN FILED IN ANY STATE COURT, AND NOT ANY OF THIS EXCUSE APPLIED TO THIS CASE,. WHERE THE APPELLANT FAILED TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED. AGAIN NOT BEING ABLE TO READ THE FIRST PAGE OF MY ORIGINAL COMPLAINT, IN LARGE BOLD LETTERS GIVES THIS CLAIM. USING THE RULE 28 U.S.C. s/s 1915 (e) (2) (b) (ii). THAT THIS CASE IS DENIED, BECAUSE THE APPEAL IS **FRIVOLOUS..** SEE Pace V: Evans, 709, F. 2d, 1428, (11th Cir. 1983) WHERE ALL OF THIS RULE IS IMPROPER USED IN AN ILLEGAL MANNER AS AN EXCUSE TO HELP THE DEFENDANTS, THIS DOES NOT GIVE EVERY CITIZEN THE RIGHT TO BE HEARD, OR HAVE HIS DAY IN COURT AS GUARANTEED UNDER THE DUE PROCESS OF THE UNITED STATES CONSTITUTION.. FOUND AGAIN ON PAGE NO 01. FIRST PARAGRAPH. MY RIGHT TO THE GUARANTEED DUE PROCESS OF LAW IS NOT FRIVOLOUS, THESE CONSTITUTION RIGHTS APPLY TO EVERY CITIZEN IN THE UNITED STATES, EVEN ME. .

WHEN DEFAULT AND DEFAULT JUDGMENT WAS FILED IN ANY CASE, WHERE THE CLERK IS REQUIRED TO ENTER AGAINST THE DEFENDANTS, IS

COVERED BY FEDERAL RULE 55. ALL OF THIS DENIAL AND NEVER ACTED UPON BY THE CLERK, MAKES THIS WRONGFUL ACT OF OMISSION EMBRACES THE DISHONESTY CARRIED OUT BY THE JUDGE AND CLERK. Greco V: Kresge Co. 277, N. Y. 26, 12, N. E 2d, 557, 562.. Hilkert V: Canning 58, Ariz. 290, 119, P. 2d, 233, 236..

**CAUSE OF ACTION:**

THE CONSTITUTION OF THE UNITED STATES, GUARANTEES THE DUE PROCESS OF LAW TO EVERY CITIZEN. WHEN THIS PROCESS IS NOT ALLOWED OR ANY PART OF THESE GUARANTEED RIGHTS ARE NOT ABIDED BY, THIS QUESTIONABLE RIGHT HAS TO BE SETTLED IN THE FEDERAL COURT SYSTEM, AS GIVEN IN THE FEDERAL RULES OF CIVIL PROCEDURES, 3, 4, 5, THE 5 th. And 14th AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES.

1. THE FEDERAL ACT OF 1974, SET OUT AND ESTABLISHED TIME LIMITS ON **ALL** EVENTS CARRIED OUT IN THE JURIDICAL SYSTEM AS SO PLACED ON THE SHORT TERM CALENDER, SO AS TO ASSURE A SPEEDY TRIAL. THE 7th AMENDMENT. OF THE UNITED STATES CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY, EITHER **CIVIL OR CRIMINAL** ON **ALL ISSUES** BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS WITH NO RESTRAI NTS OR ILLEGAL COST ADDED ON.

2. A SPEEDY TRIAL IS NOT CONFINED TO MERELY AN IMPAIRMENT, BUT INCLUDES ANY THREAT TO WHAT HAS BEEN TERMED AS ACCUSED'S SIGNIFICANT STAKES, PSYCHOLOGICAL, PHYSICAL, FINANCIAL, IN THE COURSE OF A PROCEEDING , WHICH MAY ULTIMATELY DEPRIVE HIM OF PROPERTY, LIFE,

LIBERTY, OR PRESUIT OF HAPPINESS.  U. S.  V: Dryer C. S. N.J.  533, F.  2d, 112, 115.. DENYING ME THIS RIGHT TO A SPEEDY TRIAL IS ANOTHER ILLEGAL PROCESS THAT DESTROYS MY GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE UNITED STATES CONSTITUTION..

3.   THE RIGHT FOR A TRIAL BY JURY, IS GUARANTEED BY THE 6th AMENDMENT OF THE UNITED STATES CONSTITUTION, THAT REQUIRES A TRIAL BY AN IMPARTIAL JURY ON EITHER CIVIL OR CRIMINAL CASES ON ALL ISSUES BETWEEN THE PARTIES.  ..

4.   WHERE AN ILLEGAL COST PLACED UPON ANY COURT ACTION IS COVERED IN FEDERAL RULE APP.  P.  28 - 39, U. S. C.  May V: Williams 17 Al 23, (1849)..  ANY PARTY HAS THE GUARANTEED RIGHT TO APPEAR IN ANY COURT WITHOUT ANY PREPAYMENT OF FEES, COST, OR GIVING ANY FORM OF SECURITY THERE - OF..

5.   ANY MOTION FILED WITH THIS COURT TO AVOID THE PLEA AS GIVEN IN THE COMPLAINT OR FAILS TO STATE IN SHORT AND PLAIN TERMS IS USELESS AND CONSIDERED AN INSUFFICIENT ANSWER.. Wright V: Miller Fed.  R.  Civ. P, s/s 1196,   OTHER ILLEGAL ATTEMPT TO COLLECT FEES.  Petti  V: Penn, La. App.  180, So.  2d, 66, 69..AND THE CONCEPT OF DUE PROCESS AS FOUND IN THE 5th AMENDMENT OF THE UNITED STATES CONSTITUTION..

6.   UNDER THE ABOVE FEDERAL RULES, AND GUARANTEED DUE PROCESS OF LAW THE, WHERE AT THE BEGINNING OF ANY ACTION THE COMPLAINT AND SUMMONS MUST BE FILED WITH THE CLERK OF THAT COURT AND DATE GIVEN FOR THE ANSWER TO BE RECEIVED OR THE DEFENDANT HAS TO BARE THE

FOREGOING RESULTS AS ASKED FOR IN THE COMPLAINT. IF THE ANSWER IS NOT RECEIVED AT THAT TIME AS ALLOWED ON THE SUMMONS, DEFAULT AND DEFAULT JUDGMENT MUST BE FILED AGAINST THEM. THE DEFENDANTS WERE PROPERLY SERVED BY CERTIFIED U.S. MAIL WITH RECEIPT RETURNED BACK TO THE CLERK OFFICE. THIS IS A ONE OR THE PROPER METHODS OF SERVICE AS REQUIRED UNDER THE FEDERAL RULES OF CIVIL PROCEDURES.

7. ANOTHER ERROR MADE BY THE COURT THAT PLACES THIS ATTEMPTED ILLEGAL FORM OF STALLING, CLAIMING IMPROPER SERVICE, AND ALL COST OF REQUIRES JUDGMENT, AS FOUND IN THE ORIGINAL COMPLAINT SHOULD BE PLACED DIRECTLY AGAINST THIS COURT. I FOLLOWED THE DUE PROCESS OF LAW, AND THE RULES OF CIVIL PROCEEDINGS, BY FILING DEFAULT AND DEFAULT JUDGMENT ACCORDINGLY THE PROCESS THAT LEAD UP THE FILLING OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS WAS SET UP UNDER THE DUE PROCESS OF LAW AS ESTABLISHED IN THE GUARANTEED RIGHTS OF THE UNITED STATES CONSTITUTION, THAT GIVES NO COURT OR JUDGE THE RIGHT TO DENY, PLACE ANY RESTRICTIONS OF ANY FORM, OR USING ANY LAW IMPROPER OR ILLEGAL TO OBTAIN THEIR GOALS. THEIR OATH OF OFFICE REQUIRES THEM TO ABIDE BY THE LAWS AND AMENDMENTS AS GIVEN IN THE UNITED STATES CONSTITUTION, OR THEY HAVE COMMITTED A FELONY AND PERJURY. FROM THE PAPER TRAIL LEFT AT THIS COURT MAKES ALL THAT HAVE HAD ANY PART IN MY CASES, GUILTY OF THE ABOVE AND DESERVE THE SAME PUNISHMENT AS OTHER CRIMINALS.

8. THIS DEMAND FOR DEFAULT AND DEFAULT JUDGMENT MUST BE GRANTED, FOR ALL RULES WERE FOLLOWED AND ANY MANIFESTED ERRORS WERE ESTABLISHED INJUSTICE ON THE PART OF THIS COURT. IF EVERYONE INVOLVED IS INCAPABLE OF ABIDING BY THE GUARANTEED RULES OF DUE PROCESS OF THE UNITED STATES CONSTITUTION, THEN TURN THEMSELF IN TO THE PROPER AUTHORITIES, PLEADING GUILTY OF BREAKING THE OATH OF OFFICE AND PERJURY.

9. THIS FREEDOM OF SELECTING PROPER COURT AND JUDGES, IS A PART OF NATURAL LIBERTIES SWORN TO OF EXCESS WHICH INVADES EQUAL RIGHTS TO OTHERS, THEY ARE RESTRAINTS PLACED UPON THE GOVERNMENT.. I HAVE CHOSEN TO USE ONLY A U.S. DISTRICT JUDGE ONLY.. Sowers v: Ohio Civil Rights Commission, 20 Ohio Misc. 115, 252 N. .E. 2d, 463, 476..

10. THE OATH OF OFFICE BINDS THAT PARTY WHEN THEY ASSUME , OR CHARGED OF THAT OFFICE, HEREBY DECLARING THAT THEY WILL **FAITHFULLY** AND **TRUTHFULLY** DISCHARGE THE DUTIES OF THAT OFFICE AND UP - HOLD ALL THE LAWS EQUALLY, AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES OF AMERICA .AND STATUTES THAT MAY APPLY TO THAT PARTICULAR CASE. Art. VI, U.S. CONSTITUTION, THAT THIS ATTESTATION, OR PROMISE IS MADE UNDER A IMMEDIATE SENSE OF RESPONSIBILITY TO **GOD,** WHERE ONE WILLFULLY ASSERTING UNTRUE STATEMENTS ARE PUNISHABLE FOR PERJURY AND ARE ALSO GUILTY OF A FELONY BY BREAKING THE OATH OF OFFICE..
ART. II Sec. I U. S. Const. Vaughn V: State 146, Tex.Cr. R. 585, 177, S.W. 2d, 59, 60..

**CONCLUSION:**

THEREFORE THIS MOTION FOR APPEAL, IDENTIFYING THE MANIFESTED INJUSTICE BROUGHT ON BY THIS COURT, MUST BE CORRECTED BY HONORING THIS APPEAL, WHEN AN ENTRY FOR FINAL JUDGMENT IS USED BEFORE ANY ANSWER IS RECEIVED FROM THE DEFENDANT, THIS ONLY CREATES AND PROVES THE DISHONESTY OF THE ONES INVOLVED IN NOT ALLOWING THE DUE PROCESS OF LAW AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, WITH ORDERS FOR THE CLERK TO SERVE THE DEFAULT AND DEFAULT JUDGMENT AGAINST THE PARTY INVOLVED IN THIS CASE, (AS GIVEN IN THE 11th AMENDMENT OF THE UNITED STATES CONSTITUTION, THAT GIVES ANY CITIZEN OF THIS STATE THE RIGHT TO SUE AND BE SUED, OVERRIDING ANY OTHER STATE OR FEDERAL LAWS THAT MAY EXIST)..FOR THE UNITED STATES CONSTITUTION IS THE PREVAILING LAW. WITH ALL OF THESE ESTABLISHED LAWS IN THE GUARANTEED DUE PROCESS OF THE UNITED STATES CONSTITUTION, THERE IS NO GROUNDS FOR ANY OTHER HEARING, ARGUMENTS, OR ANY POINT THAT IS NOT COVERED UNDER THE DUE PROCESS OF LAW AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES.

THERE HAS BEEN MANY ORDERS AND RECOMMENDATIONS, GIVING DIFFERENT LAWS AND IMPROPER PROCEDURES, TO AVOID PROPER HANDLING OF EVERY CASE PRESENTED TO THIS COURT, LIKE THIS ONE FILED BY THE CLERK'S ENTRY OF DISMISSAL FOR FAILURE TO PROSECUTE IN THE ABOVE APPEAL. NO WHERE IN ANY LEGAL RESEARCH, HAVE I FOUND ANY FORM OF LEGAL GROUNDS

FOR THE CLERK OR CLERK'S OFFICE HAS NO AUTHORITY TO ISSUE ANY ORDERS, DISMISSALS, OR ANY REPLY INVOLVING ANY CASE FILED IN ANY COURT. WHERE NO LEGAL RIGHT IS GIVEN, OR SIGNED BY THE APPROPRIATE JUDGE, THE ENTRY OF DISMISSAL IS ILLEGAL AND MUST BE DECLARED, NULL AND VOID. ANY ACTION FILED IN COURT IS NOT MERELY TO COMMENCE OF, BUT MUST FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A COMPETENT (IF ONE CAN BE FOUND), TRIBUNAL FOR THE PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF THE PERSON THAT IS CHARGED WITH THE CRIME. U. S. V: Reisinger 128 U. S. 396,.9 S. Ct. 99, 32, L. E.D. 480.. THIS TERM IS USED IN RESPECTING CIVIL LITIGATIONS AND MUST INCLUDE EVERY STEP OF THE ACTION FROM COMMENCEMENT TO IT'S FINAL DECISION. Brazil C. C. A. III 134, F. 2D, 929, 930 THE TERM OF NON-PAYMENT IS AN ILLEGAL METHOD USED IN DENYING A PROCESS OF LAW, WHERE THE UNITED STATES CONSTITUTION GUARANTEES EVERY CITIZEN THE RIGHT TO APPEAR IN FORMA PAUPERIS, CANNOT BE DETERMINED BY ANY COURT, JUDGE, OR CLERK.. NOT KNOWING OR CARING WHERE THE INDIVIDUALS RIGHT TO BE HEARD AND HAVE THEIR DAY IN COURT EXISTS, MAKES EVERY ATTEMPT FOR THIS COURT TO OPERATE WITH EQUAL JUSTICE TO ALL, A MAJOR DISTRUST IN THIS COURT SYSTEM...


_Gene Coggins_
GENE COGGINS Pro se