IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CASE NO. 3:07-cv-698-MEF |
| | ) | |
| TOM YOUNG, | ) | |
| | ) | |
|     Defendant. | ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion for Default and Default Judgment (Doc. #5) filed on August 21, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 28th day of August, 2007.

                                                                                   /s/ Mark E. Fuller
                                                          CHIEF UNITED STATES DISTRICT JUDGE