# IN THE UNITED STATES OF APPEALS
## ELEVENTH CIRCUIT
# IN ATLANTA, GEORGIA

RECEIVED

2007 SEP 12  A 9: 49

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

GENE COGGINS Pro st
1436 COUNTY ROAD #299
LANETT, AL 36863
(334) 576 - 3263
     Plaintiff

*07CV 698-MEF*

APPEAL NO. _____

# MOTION TO APPEAL TO THE APPEALS COURT IN ATLANTA, GEORGIA

GUARANTEED CONSTITUTIONAL RIGHTS AND THE ESTABLISHED DUE

PROCESS OF LAW, THAT HAS BEEN DENIED IN THE FOLLOWING CASES.

COMES NOW THE PLAINTIFF WITH CASES I HAVE IN THIS DISTRICT COURT

FOR THE MIDDLE DISTRICT, EASTERN DIVISION, IN MONTGOMERY, ALABAMA.

WITH THIS RIGHT TO APPEAL ANY IMPROPER OR ILLEGAL USE OF THE RULES OF

LAW, THAT DENY ME OR PLACES ANY FORM OF RESTRICTIONS ON ANY OF MY

GUARANTEED CONSTITUTIONAL RIGHTS AS AN AMERICAN CITIZEN.

1.     RULE 28 HAS BEEN IMPROPER, AND ILLEGAL USED IN THE FOLLOWING;

     A.     3:06 - CV-1112 MEF, 07-12593-1  GIVING 28 U.S.C. s/s 1915 (E) (2) (B) (I)

01.

(ii) (iii), 07 - 00525- CV-W-E,  3:07 - CV - 00406 - MEF,  3:07 - CV - 00402 - MEF, 3:07 - CV-698 - MEF,    DENIED BECAUSE THE JUDGE BELIEVES THAT THIS   CASE IS FRIVOLOUS,  AND DON'T HAVE A CHANCE TO SUCCEED    THIS CREATES AN ILLEGAL USAGE OF THIS RULE, DENYING EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT, A SPEEDY TRIAL BY A JURY OF THEIR PIERS, DESTROYED THE DUE PROCESS OF LAW    THIS MUST GO ALL THE WAY TO THE UNITED STATES SUPREME COURT AND PLACE RESTRICTIONS ON IT'S USAGE, OR REWRITE THE CONSTITUTION OF THE UNITED STATES, SO THE JUDGES CAN DETERMINE, WHO CAN HAVE THEIR DAY IN COURT.   THE JUSTICE SYSTEM WAS NOT SET -UP TO OPERATE IN THIS MANNER, THE PHRASE "EQUAL JUSTICE TO ALL",  DOES NOT EXIST IN THIS TYPE OF COURT PROCESS .

B.    THE GUARANTEED RIGHT TO APPEAR IN FORMA PAUPERIS AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES DUE PROCESS OF LAW INDEPENDENTLY ALLOWABLE, WITHOUT ANY PAYMENT OF FEES, COST OR GIVING ANY SECURITY, INCIDENT TO SUCH PROSECUTION, OR COURT HEARING. FEDERAL RULE APP. P. 24..

C.    THE UNITED STATES CONSTITUTION SET UP DISTRICTS COURTS FOR LOCAL CASES TO BE HEARD IN THE PROPER JURISDICTION AND FEDERAL DISTRICTS COURTS FOR TRIALS INVOLVING CONSTITUTIONAL RIGHTS AND FEDERAL QUESTIONS AS GIVEN IN RULE 28 U. S. C. A. 81 s/s et  seq. WITH ANY CONSTITUTIONAL QUESTION CAN BE APPEALED AT ANY TIME DURING THE PROCEEDINGS OF A CASE ALL THE WAY TO THE UNITED STATES SUPREME

02.

COURT.

D.      WHEN ANY RULE OF LAW IS COVERED IN THE GUARANTEED DUE

PROCESS, AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, COVERING

THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT,

WHERE THIS CONCEPT OF THE DUE PROCESS OF LAW, IS EMBODIED IN THE

FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION AND HAS PRESTIGE

OVER ANY OTHER RULES OF LAW, COURT ORDERS, OR JUDGES, THAT ATTEMPT

FOR THIS NOT TO BE INCLUDED IN ANY COURT ACTION.    U.S.  V: Smith D. C.

Iowa, 249, app. Supp.  515, 516..

E.      THE 7TH AMENDMENT OF THE UNITED STATES CONSTITUTION REQUIRES A

TRIAL BY AN **IMPARTIAL JURY, ON EITHER CIVIL OR CRIMINAL CASES AND**

**ALL ISSUES** BETWEEN THE PARTIES MUST BE SETTLED, WEATHER THEY BE

ISSUES OF LAW OR FACTS, WITH NO FORM OF RESTRAINTS OR COST ADDED ON.

F.      JUDGE MARK E. FULLER PLAYED THE ROLL OF DEFENDANTS ATTORNEY

AND JUDGE IN THE ABOVE CASES.   HE REFUSED TO ACCEPT THE ORIGINAL

SUMMONS AND COMPLAINT, TO THE PROPER DEFENDANTS, AS SENT BY

CERTIFIED MAIL, WITH RECEIPT RETURNED TO THE CLERK OF THE COURT.

REFUSED THE DEFAULT AND DEFAULT JUDGMENT FILED AFTER NO ANSWER

WAS RECEIVED FROM DEFENDANTS, HAS TRIED TO ADD DEFENDANTS TO CASES,

WITHOUT THEM BEING SERVED WITH A COPY OF THE COMPLAINT AND

SUMMONS, REFUSED TO ACCEPT THE DEFENDANTS AS LISTED IN THE ORIGINAL

COMPLAINT,   TRIED EVERY THING POSSIBLE TO CREATE IMMUNITY FOR

CERTAIN ONES, BY NOT ACCEPTING THE 11th AMENDMENT OF THE UNITED

STATES CONSTITUTION AS THE DOMINATE LAW, THAT GIVES EVERY CITIZEN ON

THIS STATE THE RIGHT TO SUE AND BE SUED BY OTHER CITIZENS OF THIS

STATES,

G.    WHEN PUBLIC OFFICIAL  TAKE AN OATH OF OFFICE,, THEY ARE REQUIRED

TO ABIDE BY THE FEDERAL LAWS AND AMENDMENTS AS SO GIVEN IN THE

UNITED STATES CONSTITUTION, OR THEY HAVE COMMITTED A FELONY AND

PERJURY.    THE PAPER TRAIL LEFT BEHIND IN CASES THAT I HAVE BEEN

INVOLVED WITH, LEAVES NO DOUBT THAT ALL  HAVE NOT ABIDED BY THIS

OATH. OF OFFICE.    THE OATH OF OFFICE BINDS THAT PARTY WHEN THEY

ASSUME, OR CHARGED WITH THAT OFFICE, HEREBY DECLARING THAT THEY

WILL **FAITH FULLY** AND **TRUTHFULLY** DISCHARGE THE DUTIES OF THAT

OFFICE AND UP-HOLD ALL THE LAWS EQUALLY, AS SO GIVEN IN THE

CONSTITUTION OF THE UNITED STATES OF AMERICA AND STATUES THAT MAY

APPLY TO THAT PARTICULAR CASE..   ART. VI,  U.S. CONSTITUTION, THAT THIS

ATTESTATION OR PROMISE IS UNDER A IMMEDIATE SENSE OF RESPONSIBILITY

TO **GOD,** WHERE ONE WILLFULLY ASSERTING UNTRUE STATEMENTS ARE

PUNISHABLE FOR **PERJURY** AND ALSO GUILTY OF A **FELONY**. BY BREAKING

THIS OATH OF OFFICE.

H.     ANY ACTION FILED IN COURT IS NOT MERELY TO COMMENCE OF BUT

MUST FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A TRIBUNAL, FOR THE

PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF THE PERSON THAT IS

04.

CHARGED WITH THE CRIME..  U.S. V: Reisinger 128,  U.S.  396, 9, S.  CT.  99, 32,

L.E.D.  480..

I.      THEREFORE,    UNDER THE 11th AMENDMENT OF THE UNITED STATES

CONSTITUTION, THAT IS THE PREVAILING AND DOMINANT LAW. IN ANY CASE,

NO ONE IS EXEMPT FROM PROSECUTION, AS LONG AS THEY LIVE IN THE SAME

STATE.  NO STATE. JUDGE OR COURT CAN  CHANGE THIS, OR CREATE ANY

EXCUSE T O PREVENT THESE CASE FROM BEING HEARD IN COURT WITH A JUST

SETTLEMENT.

J.      AFTER I FILED A SUITE AGAINST JUDGE MARK E. FULLER, HAD HIM

SERVED WITH A SUMMONS AND COMPLAINT, HE CONTINUES TO ISSUE ORDERS

AND OPINIONS IN EVERY CASE I HAVE IN THE UNITED STATES DISTRICT COURT

IN MONTGOMERY, ALABAMA, BREAKING THE OATH OF OFFICE HE TOOK,

COMMITTING A FELONY AND PERJURY,   WITH THE IMPRESSION THAT HE

CANNOT BE HELD ACCOUNTABLE FOR HIS ACTIONS...   .

**CONCLUSION:**

      **THEREFORE,** WITH ALL OF THE ILLEGAL PROCEEDINGS INVOLVED IN

THESE CASES,  A **STAY** IS REQUIRED UNTIL ALL AVENUES HAVE BEEN FULLY

EXAMINED BY THE UNITED STATES SUPREME COURT.   THE ABOVE ARTICLES

OF LAW MUST BE RESOLVED BEFORE ANY RULING OR FINAL ORDER FROM THE

DISTRICT COURT IS GRANTED..

**05.**

I HEREBY DECLARE, UNDER PENILITY OF PERJURY THAT ALL OF THE
INFORMATION PROVIDED IN THIS DOCUMENT IS TRUE TO THE BEST OF MY
KNOWLEDGE AND ACCORDING TO THE INFORMATION I HAVE RECEIVED..


GENE COGGINS

06.

GENE COGGINS
1436 COUNTY RD. #299
LANETT, AL 36863

OFFICE OF THE CLERK
U. S. DIST. COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711



U.S. POSTAGE
PAID
LANETT, AL
SEP 11, '07
AMOUNT
$0.58
0006521-03

36101

0000

36101+0711-11 B007