# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

September 14, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA   30303

USDC No. CV-07-F-698-E

USCA No._____

IN RE: GENE COGGINS VS. TOM YOUNG

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, __ No   Date(s) of Other Notices: 08/21/07
Was there a hearing from which a transcript could be made:
_ Yes, The Court Reporter(s) is/are:
_X_ No                   Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____
_X_ IFP__; and/or APPEALABILITY/CPC is pending in this Court.
__ Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid _Yes, _X_ No:_____Date, Receipt#_____
__Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
__Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
__Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
    __Volume(s) of Pleadings, __ Volume(s) of Transcripts,
    ____ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
    ___ Exhibits:____Envelope
    __Volume (s) of Original Papers

cc:                             Sincerely,

                                DEBRA P. HACKETT, CLERK

                                By: Yolanda Williams
                                    Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## Alabama Middle District (Opelika)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00698-MEF-CSC
### Internal Use Only

Coggins v. Young
Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Charles S. Coody
Case in other court: USCA, 07-13988-H
Cause: 42:1983 Civil Rights Act

Date Filed: 08/02/2007
Date Terminated: 08/07/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Gene Coggins**  represented by  **Gene Coggins**
1436 County Road 299
Lanett, AL 36863
334-576-3263
PRO SE

V.

**Defendant**

**Tom Young**
*Circuit Judge*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2007 | 1 | COMPLAINT against all defendants, filed by Gene Coggins. (Attachments: # 1 attachments)(vma, ) (Entered: 08/03/2007) |
| 08/02/2007 | 2 | MOTION to appear in forma pauperis (w/affidavit attached) by Gene Coggins. (vma, ) (Entered: 08/03/2007) |
| 08/07/2007 | 3 | MEMORANDUM OPINION AND ORDER, granting 2 MOTION for Leave to Proceed in forma pauperis filed by Gene Coggins as further set out in order. Signed by Judge Mark E. Fuller on 8/7/07. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 08/07/2007) |
| 08/07/2007 | 4 | FINAL JUDGMENT it is Ordered and Adjuged that this case be and is hereby dismissed with prejudice pursuant to the provision of 28 USC 1915(e)(2)(B); It is further Ordered that the costs of this proceeding be taxed against the plaintiff for which execution may issue. Signed by Judge Mark E. Fuller on 8/7/07. (Attachments: # 1 appeals checklist)(vma, ) (Entered: 08/07/2007) |

| | | |
|---|---|---|
| 08/21/2007 | 5 | MOTION for Default and Default Judgment as to defendant by Gene Coggins. (vma, ) (Entered: 08/22/2007) |
| 08/21/2007 | 6 | NOTICE OF APPEAL by Gene Coggins to the United States Court of Appeals for the Eleventh Circuit from the 3 Memorandum Opinion and Order, 4 Judgment, entered on 08/07/07. Copies mailed (ydw, ) (Entered: 08/24/2007) |
| 08/21/2007 | 7 | MOTION for Leave to Appeal in forma pauperis by Gene Coggins. (ydw, ) (Entered: 08/24/2007) |
| 08/24/2007 |  | Transmission of Notice of Appeal and Cerified copy of Docket Sheet and Order to US Court of Appeals re 6 Notice of Appeal (ydw, ) (Entered: 08/24/2007) |
| 08/28/2007 | 8 | ORDER denying 5 Motion for Default and Default Judgment. Signed by Judge Mark E. Fuller on 8/28/07. (vma, ) (Entered: 08/28/2007) |
| 08/28/2007 | 9 | ORDER denying 7 Motion for Leave to Appeal in forma pauperis and that the appeal in this cause is certified, pursuant to 28 U.S.C.A. 1915(a), as not taken in good faith. Signed by Judge Mark E. Fuller on 08/28/07. (ydw, ) (Entered: 08/28/2007) |
| 08/28/2007 | 11 | RECEIVED TRANSCRIPT REQUEST from Gene Coggins re 6 Notice of Appeal with the following notation, "All necessary transcript(s) on file." (dmn) [Modified on 9/10/2007 to correct the file date from 9/6/2007 to 8/28/2007.-DMN] (Entered: 09/10/2007) |
| 08/31/2007 | 10 | USCA Case Number 07-13988-H for 6 Notice of Appeal filed by Gene Coggins. (ydw, ) (Entered: 09/06/2007) |
| 09/12/2007 | 12 | NOTICE OF APPEAL by Gene Coggins to the United States Court of Appeals for the Eleventh Circuit from the 8 Order denying Motion for Default Judgment, entered on 8/28/07. Copies mailed (ydw, ) (Entered: 09/14/2007) |
| 09/12/2007 |  | MOTION to Stay by Gene Coggins. (ydw, ) (Entered: 09/14/2007) |
| 09/12/2007 | 13 | MOTION for Leave to Appeal in forma pauperis by Gene Coggins. (ydw, ) (Entered: 09/14/2007) |