IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-0698-MEF |
| | ) |
| TOM YOUNG, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Stay filed on September 12, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 26th day of September, 2007.

                                                 /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE