RECEIVED

SEP 2 8 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

No. 07-14338-H

## JURISDICTIONAL QUESTIONS

Whether the notice of appeal satisfies federal appellate procedural requirements, given that it does not specify the order being appealed?  See Fed. R.App.P. 3(c)(1); McDougald v. Jenson, 786 F.2d 1465, 1474 (11th Cir. 1986).

2.      If the notice of appeal is procedurally sufficient, which order is being appealed?