IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-13988-H

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 2 9 2007

THOMAS K. KAHN
CLERK

GENE COGGINS,

Plaintiff-Appellant,

versus

TOM YOUNG,
Circuit Judge,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant moves for leave to proceed on appeal in forma pauperis regarding the dismissal of his civil rights complaint, 42 U.S.C. § 1983, in which he sued a state court judge for entering injunctive relief against him. The district court correctly determined that it lacked jurisdiction to review appellant's claim insofar as appellant sought review of the state court's entry of injunctive relief against him. See Jones v. Crosby, 137 F.3d 1279, 1280 (11th Cir. 1998) (citing Rooker v. Fidelity Trust Co., 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed.2d 362 (1923), and D.C. Court of Appeals v. Feldman, 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983) ("the Rooker-Feldman doctrine")). Additionally, the state court judge was entitled to absolute immunity for actions taken in his judicial capacity. See Bolin v. Story, 225 F.3d 1234, 1239 (11th Cir. 2000).

Accordingly, appellant's motion for leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace v. Evans, 709 F.2d 1428 (11th Cir. 1983).

_____
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 29, 2007

RECEIVED
2007 OCT 31 A 10: 06
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gene Coggins
1436 COUNTY ROAD 299
LANETT AL 36863-5740

**Appeal Number: 07-13988-H**
Case Style: Gene Coggins v. Tom Young
District Court Number: 07-00698 CV-F-E ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

MOT-2 (06-2007)

RECEIVED

2007 OCT 31  A 10: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

October 29, 2007

**Appeal Number: 07-13988-H**
Case Style: Gene Coggins v. Tom Young
District Court Number:  07-00698  CV-F-E ()

TO:    Gene Coggins

CC:    Debra P. Hackett

CC:    Administrative File