RECEIVED

2007 NOV 26  P 3: 48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

November 21, 2007

**Appeal Number: 07-13988-H**
Case Style: Gene Coggins v. Tom Young
District Court Number:  07-00698 CV-F-E

TO:   Debra P. Hackett

CC:   Gene Coggins

CC:   Administrative File

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 21, 2007

RECEIVED
2007 NOV 26  P 3: 48
DEBRA P. HACKETT
U.S. DISTRICT C.
MIDDLE DISTRICT

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-13988-H**
Case Style: Gene Coggins v. Tom Young
District Court Number:  07-00698 CV-F-E

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

Encl.

DIS-2 (03-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 21 2007
THOMAS K. KAHN
CLERK

No. 07-13988-H

GENE COGGINS,

Plaintiff-Appellant,

versus

TOM YOUNG,
Circuit Judge,

Defendant-Appellee.

Appeal from the United States District Court for the
Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $450 docketing and $5 filing fees ($455) to the district court clerk within the time fixed by the rules, effective this 21st day of November, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Liz McDonald
Deputy Clerk

FOR THE COURT - BY DIRECTION

A TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEPUTY CLERK
ATLANTA, GEORGIA

ORD-40