RECEIVED

2007 DEC 18 A 9:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

December 13, 2007

**Appeal Number: 07-14338-H**
Case Style: Gene Coggins v. Tom Young
District Court Number:  07-00698 CV-F-E

TO:   Debra P. Hackett

CC:   Gene Coggins

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 13, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 07-14338-H**
Case Style: Gene Coggins v. Tom Young
District Court Number:  07-00698 CV-F-E

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-14438-H

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 19 2007
THOMAS K. KAHN
CLERK
```

GENE COGGINS,

                                      Plaintiff-Appellant,

versus

TOM YOUNG,
Circuit Judge,

                                      Defendant-Appellee.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

Before MARCUS, WILSON, and PRYOR, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED for lack of jurisdiction. Gene Coggins's construed notice of appeal does not identify the order being appealed, and it is not otherwise apparent which order he intends to appeal. Fed.R.App.P. 3(c)(1)(B); Campbell v. Wainwright, 726 F.2d 702, 704 (11th Cir. 1984).

A TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEPUTY CLERK
ATLANTA, GEORGIA