Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY AL 36104-4055

---

December 19, 2007

**Appeal Number: 07-14338-H**
Case Style: Gene Coggins v. Tom Young
District Court Number: 07-00698 CV-F-E

CC:   Gene Coggins

CC:   Debra P. Hackett

CC:   Administrative File

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-14338-H

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 13 2007
THOMAS K. KAHN
CLERK

GENE COGGINS,

                                          Plaintiff-Appellant,

versus

TOM YOUNG,
Circuit Judge,

                                          Defendant-Appellee.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

Before MARCUS, WILSON, and PRYOR, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED for lack of jurisdiction. Gene Coggins's construed notice of appeal does not identify the order being appealed, and it is not otherwise apparent which order he intends to appeal. Fed.R.App.P. 3(c)(1)(B); <u>Campbell v. Wainwright</u>, 726 F.2d 702, 704 (11th Cir. 1984).